■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE CATALA, Appellant. [867 NYS2d 370]—Judgment, Supreme Court, Bronx County (Robert G. Seewald, J.), rendered on or about December 4, 2006, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Nardelli, Sweeny, McGuire and DeGrasse, JJ.